IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-333 (DLF) |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| **CARSON REES,** | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Carson Rees, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, the defendant, Carson Rees, who traveled from Pulaski, Virginia to Washington, D.C. to attend the Stop the Steal Rally, joined the mob of rioters which stormed the U.S. Capitol.

9. Specifically, after entering the restricted Capitol grounds, Rees made his way to the Upper West Terrace, where he posted a picture to his Facebook account showing rioters illegally entering the Capitol Building, with the caption "Were going in."



*Image 1: Screenshot of a January 6, 2021 Facebook post by REES*

10. At approximately 2:37 p.m., Rees illegally entered the Capitol Building through the Upper West Terrace door. Rees knew at the time that he did not have lawful authority to enter.



*Image 2: Rees (red circle) entering the U.S. Capitol Building on January 6, 2021*

Page **4** of **10**

11. Rees then moved to the second level of the Capitol Building and entered the Rotunda at approximately 2:38 p.m. Rees proceeded to walk around the Rotunda for the next 14 minutes, chatting with fellow rioters and taking video and pictures of the scene on his cell phone.



*Image 3: Select images from January 6, 2021 CCTV footage showing Rees (red circle) in the Capitol Rotunda*

12. While in the Rotunda, Rees also livestreamed his actions on Facebook, posting the caption "Were in."



Image 4: Screenshot of Rees's January 6, 2021 Facebook livestream in the Capitol Rotunda

13. At approximately 2:53 p.m., as additional Metropolitan Police Department ("MPD") Officers entered the Rotunda and began form a police line to clear the area of rioters, Rees approached the line and began yelling and pointing at the officers. Amongst the phrases he yelled, at approximately 2:56 p.m., Rees screamed "Fuck You" at the officers.



*Image 5: January 6, 2021 MPD Officer Body Worn Camera footage of Rees (red circle) yelling at law enforcement officers*

14. Rees continued to verbally accost officers as additional rioters joined him in facing off against the police line.



*Image 6: January 6, 2021 MPD Officer Body Worn Camera footage of Rees (red circle) yelling at law enforcement officers*

15.     At approximately 2:59 p.m., rioters around Rees began to assault the law enforcement officers formed at the Rotunda door.  As the assaults ensued, Rees stepped back and moved away from the angry mob.  He then exited the Rotunda, and left the Capitol Building through the Rotunda door at approximately 3:01 p.m.

16.     After leaving the Capitol, Rees admitted to friends in Facebook chats on January 6 and 7 that the Capitol Building had been closed when he entered, and that he was tear gassed at the Capitol.  However, after being warned by another Facebook user that he could face trouble for his actions at the Capitol because he had been in the Army National Guard, Rees proceeded to unsend and delete numerous Facebook messages describing his actions at the Capitol.



*Image 7: January 6-7, 2021 Facebook messages advising
Rees to delete his videos from the January 6 riot.*

### ***Elements of the Offense***

17.     The parties agree that 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in a Capitol Building, requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

    b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

    c. Third, the defendant acted willfully and knowingly.

18. The parties agree that 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building, requires the following elements:

    a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

19. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly engaged in disorderly and disruptive conduct in the United States Capitol Building with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress, and that he willfully and knowingly paraded, demonstrated, and picketed while in the Capitol building.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Matthew E. Vigeant*
    Matthew E. Vigeant
    Assistant United States Attorney
    D.C. Bar No. 144722
    United States Attorney's Office
    for the District of Columbia
    601 D Street, NW 20530
    (202) 252-2423
    matthew.vigeant@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

      I, Carson Rees, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/15/2024				/s/ Carson Rees
						Carson Rees
						Defendant

## ATTORNEY'S ACKNOWLEDGMENT

      I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/15/2024				/s/ Benjamin Schiffelbein
						Benjamin Schiffelbein
						Attorney for Defendant