# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 24-cr-333 (DLF) |
| CARSON REES, : | |
| : | |
| **Defendant** : | |

## GOVERNMENT'S CONSENT TO MOTION CONTINUE SENTENCING HEARING

The government consents to the defendant's motion to continue his sentencing hearing by 30 days to allow the Probation Office to complete the defendant's Presentence Report. The government also requests that the Court continue the deadline to submit Sentencing Memoranda by 30 days to allow the parties to receive and review the Presentence Report.

          Respectfully submitted,

Dated: Jan. 20, 2025        BRIDGET M. FITZPATRICK
                                       Acting United States Attorney
                                       D.C. Bar No. 474946

                     By:    */s/ Matthew E. Vigeant*
                              MATTHEW E. VIGEANT
                              Assistant United States Attorney
                              D.C. Bar No. 144722
                              U.S. Attorney's Office for the District of Columbia
                              601 D Street, N.W.,
                              Washington, D.C. 20530
                              Phone: (202) 252-2423
                              Email: Matthew.Vigeant@usdoj.gov